# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC., | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:18-CV-30-JDK |
| v. | § § | LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Cypress's Motion for Leave to Serve First Supplemental Disclosure of Asserted Claims and Infringement Contentions Against Samsung (Docket No. 204). In its original infringement contentions, Cypress relied on Exhibit 1 to address the requirements of P.R. 3-1(b). Docket No. 228-7 at 4. It appears that neither party provided that exhibit in the briefing on this motion. The Court hereby **ORDERS** Cypress to file a copy of Exhibit 1 to its original infringement contentions against Samsung (served May 30, 2018) within one business day of this Order.

So **ORDERED** and **SIGNED** this **31st** day of **July, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE