# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC., | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:18-CV-30-JDK |
| v. | § § | LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendant. | § | |

# ORDER

As stated at the hearing on August 8, 2019, the Court **ORDERS** Cypress Lake, Mirai Ventures, Sitting Man, and Robert Paul Morris (collectively, the "Target Parties") to **fully comply** with the Court's June 26, 2019 order (Docket No. 236) by **5:00 p.m. on August 9, 2019**. As directed in the original order, the Target Parties shall produce all documents highlighted in the Appendix and serve revised privilege logs. The Target Parties shall file a notice with the Court immediately following compliance. The Court further **ORDERS** Defendants Samsung and Dell to review the produced documents and revised privilege logs and file notice with the Court of the status of the Target Parties' compliance by **noon on August 14, 2019**. The Court will consider the Target Parties' compliance with this Order in deciding Defendants' pending Motion for Sanctions (Docket No. 272).

So **ORDERED** and **SIGNED** this **8th** day of **August, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE