**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CYPRESS LAKE SOFTWARE, INC.<br><br>*Plaintiff,*<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and DELL INC.,<br><br>*Defendants*. | No. 6:18-cv-00030-JDK<br>**LEAD CONSOLIDATED CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING
UNOPPOSED MOTION FOR LEAVE**

Before the Court is Plaintiff Cypress Lake Software, Inc.'s ("Cypress Lake") Motion for Leave to File its Response in Opposition to Defendant Dell Inc.'s *Daubert* Motion to Strike Certain Testimony of Rahul Vijh [Dkt. 293] ("Defendant's Motion") on August 16, 2019. The Court is of the opinion that the motion should be GRANTED. It is therefore ORDERED that Plaintiff is granted leave to file a responsive brief to Defendant's Motion (Dkt. 293) on or before August 16, 2019.

So **ORDERED** and **SIGNED** this **15th**  day of  **August, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE