**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC. | § | |
| | § | |
| v. | § | Case No. 6:18-CV-30-JDK |
| | § | |
| SAMSUNG ELECTRONICS | § | |
| AMERICA INC., *et al.* | § | |

### NOTICE BY THIRD PARTIES REGARDING DOCUMENT PRODUCTION

Third Parties Mirai Ventures, LLC and Sitting Man, LLC ("Third Parties") hereby provide the Court with the following information:

1.      On August 19, 2019, Michael A. Benefield of Benefield Law filed an appearance in the case on behalf of Third Parties.

2.      On August 19, 2019, Garteiser Honea, PLLC ("Garteiser Honea") corrected certain production deficiencies associated with the Court-ordered Third Party production. Specifically, Garteiser Honea produced attachments to previously produced emails belonging to Sitting Man, LLC and/or Robert Paul Morris that were omitted from the prior production of the emails on August 9, 2019.

3.      Benefield Law is assuming representation of Third Parties, and the lawyers and firm of Garteiser Honea are in the process of filing a motion to withdraw from the representation of Third Parties.

4.      Garteiser Honea is cooperating with the transition of the representation of Third Parties.

5.      Third Parties, through Benefield Law, plan to seek leave to file a short supplement to the sanctions briefing in this case, and are in the process of conferring with Defendants regarding their opposition to this request.

6.      Benefield Law and Third Parties will work with Defendants to remedy any remaining deficiencies in the production.


Dated: August 19, 2019                              Respectfully submitted,

                                                    Michael A. Benefield
                                                    Texas Bar No. 24073408
                                                    **BENEFIELD LAW**
                                                    633 Library Park Drive, Suite E
                                                    Greenwood, Indiana 46142
                                                    Telephone: (317) 887-0050
                                                    Facsimile: (844) 637-3650
                                                    michael@benefieldlaw.com

                                                    *Counsel for Third Parties Mirai Ventures, LLC
                                                    and Sitting Man, LLC*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of August, 2019.

                                                    Michael A. Benefield