IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 6:18-cv-00030-JDK |
| | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS AMERICA, INC. | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 6:18-cv-00138-JDK |
| | § | (Member Case) |
| DELL, INC. | § | |
| *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, August 27, 2019, between plaintiff, Cypress Lake Software, Inc., defendant Dell, Inc. and defendant Samsung Electronics America, Inc.   The mediation session has been suspended.   The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 28th day of August 2019.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

23589393v.1 141408/00784

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 28th day of August 2019.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).


*/s/  David Folsom*
David Folsom