# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:18-cv-0030-JDK |
| SAMSUNG ELECTRONICS AMERICA, INC. | § § | (LEAD CONSOLIDATED CASE) |
| Defendant. | § § § | |
| CYPRESS LAKE SOFTWARE, INC., | § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 6:18-cv-00138-JDK |
| DELL INC. | § § § | |
| Defendant. | § § § | |

**DEFENDANT DELL INC.'S NOTICE THAT THE
UNITED STATES PATENT AND TRADEMARK OFFICE ISSUED A FINAL OFFICE
<u>ACTION IN THE EX PARTE REEXAMINATION OF U.S. PATENT NO. 9,423,954</u>**

Pursuant to the Court's August 28, 2019 Order (Dkt. 454), Defendant Dell Inc. hereby provides notice that on August 27, 2019, the United States Patent and Trademark Office issued a Final Office Action rejecting claims 14-16 of U.S. Patent No. 9,423,954. (Ex. A.) Plaintiff Cypress Lake Software, Inc. asserts claim 14 of U.S. Patent No. 9,423,954 against Dell Inc. in this litigation.

Dated:  September 3, 2019

Respectfully submitted,

By: */s/  Sasha Mayergoyz, with permission by Michael E. Jones*

Krista S. Schwartz
Krista.Schwartz@hoganlovells.com
Hogan Lovells US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2300

Sasha Mayergoyz
JONES DAY
77 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 782-3939
smayergoyz@jonesday.com

Michael E. Jones (SBN: 10929400)
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
mikejones@potterminton.com
Tel: 903-597-8311

Deron R. Dacus
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701

Roger J. Fulghum
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002

**Attorneys for Defendant Dell Inc.**