# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC., | § § § § | |
| Plaintiff, | § § | CASE NO. 6:18-cv-30-JDK |
| v. | § § | LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendant. | § § | |
| CYPRESS LAKE SOFTWARE, INC., | § § § § | |
| Plaintiff, | § § | CASE NO. 6:18-cv-138-JDK |
| v. | § § § | |
| DELL, INC., | § § § | |
| Defendant. | § § | |

## ORDER ADMINISTRATIVELY CLOSING CASES

On August 28, 2019, the Court stayed these cases pending the outcome of multiple instituted inter partes reviews and ex parte reexaminations of the asserted patent claims. Docket No. 454. At that time, the Court vacated all deadlines other than those in the Court's August 21, 2019 Order on sanctions. The parties have since complied with those remaining deadlines. Accordingly, the Court now requests that

the Clerk of Court **ADMINISTRATIVELY CLOSE** these consolidated cases pending further order of the Court.

So **ORDERED** and **SIGNED** this **30th** day of **September, 2019.**

                                                JEREMY D. KERNODLE
                                                UNITED STATES DISTRICT JUDGE